THOMAS P. RUBEY, Respondent, v. SAMUEL R. CAMPBELL, Appellant.

*Appeal from Randolph Circuit Court.*

*Reid & Denny* and *H. M. Porter*, for appellant.

*Burckhartt*, for respondent.

BATES, Judge, delivered the opinion of the court.

This case does not differ materially from the case of Thos. P. Rubey v. Huntsman, and is decided upon the same principle as in that case.

Judgment affirmed. Judges Bay and Dryden concur.